**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO (EASTERN) DIVISION**

In re:   Donald R Roth                                 §   Case No. 1:24-bk-17940
                                                       §
                                                       §
Debtor(s)                                              §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 11/29/2024. The undersigned trustee was appointed on 11/29/2024.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of         $     700,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 596,454.88 |
   | Administrative expenses | 41,643.00 |
   | Bank service fees | 99.04 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemption paid to the debtor | 15,000.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $    46,803.08 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 04/24/2025 and the deadline for filing governmental claims was 05/28/2025. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $37,500.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $37,500.00, for a total compensation of $37,500.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $355.94, for total expenses of $355.94.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  08/28/2025                    By:  /s/ Gina B Krol
                                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

      [2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Exhibit A

Page: 1

| Case Number: | 24-17940 MBS | Trustee: | Gina B Krol |
|---|---|---|---|
| Case Name: | Donald R Roth | Filed (f) or Converted (c): | 11/29/24 (f) |
| | | §341(a) Meeting Date: | 01/07/25 |
| Period Ending: | 08/28/25 | Claims Bar Date: | 04/24/25 |

| Ref # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) Abandon | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single Family Home  8 Coventry Lane Lincolnshire IL 60069 Lake County | 610,000.00 | 57,040.00 | | 700,000.00 | FA |
| 2 | Ford Expedition 2003 | 5,500.00 | 3,100.00 | | 0.00 | FA |
| 3 | Usual and ordinary household goods and furnishings including but notlimited two four bedrooms, dining set, silver, collectible figurines, andmisc. | 10,000.00 | 9,800.00 | | 0.00 | FA |
| 4 | Usual and ordinary personal and household electronics including butnot limited to 4 TVs (6-8 years old), ipad (5-6 years old), iphone, andmisc. | 1,000.00 | 900.00 | | 0.00 | FA |
| 5 | Usual and ordinary sporting/hobby equipment including bike,dumbbells, and misc. | 100.00 | 0.00 | | 0.00 | FA |
| 6 | Usual and ordinary clothing. | 2,000.00 | 0.00 | | 0.00 | FA |
| 7 | Usual and ordinary jewelry including 4-5 watches, and misc | 1,000.00 | 500.00 | | 0.00 | FA |
| 8 | Cash on hand | 20.00 | 0.00 | | 0.00 | FA |
| 9 | Checking account; US Bank | 6,100.00 | 2,520.00 | | 0.00 | FA |
| 10 | Amplivox Sound Systems, L.L.C.  - Operations ceased May 30, 2024. All assets liquidated by assignment for benefit of creditors. | 0.00 | 0.00 | | 0.00 | FA |
| 11 | IRA Vanguard | 109,647.24 | 0.00 | | 0.00 | FA |
| 12 | 401(k) N. Roth 401k | 1,000.00 | 0.00 | | 0.00 | FA |
| 13 | 401(k) D Roth 401k | 8,135.00 | 0.00 | | 0.00 | FA |
| TOTALS (Excluding Unknown Values) | | $754,502.24 | $73,860.00 | | $700,000.00 | $0.00 |

**Major activities affecting case closing:**
<7/15/2025, 1:47:51 PM - GKrol>
TFR submitted to UST for review

**Initial Projected Date of Final Report (TFR):** March 31, 2026        **Current Projected Date of Final Report (TFR):** July 15, 2025 (Actual)

Exhibit B

## Form 2
## Cash Receipts and Disbursements Record

Page: 1

| Case Number: | 24-17940 MBS | | Trustee: | Gina B Krol |
| --- | --- | --- | --- | --- |
| Case Name: | Donald R Roth | | Bank Name: | Flagstar Bank, N.A. |
| | | | Account: | ******8556 - Checking |
| Taxpayer ID#: | **-***8903 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 08/28/25 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/21/25 | | Chicago Title & Trust Company | Sale of 8 Coventry Road, Lincolnshire, IL | | 46,902.12 | | 46,902.12 |
| 05/21/25 | Asset #1 | Penny Montigny | Purchase price for sale of R/E  700,000.00 | 1110-000 | | | 46,902.12 |
| 05/21/25 | | Shellpoint Mortgage Servicg | Payoff of home mortgage  -576,598.03 | 4110-000 | | | 46,902.12 |
| 05/21/25 | | Millennium Properties RE | Broker Commission  -35,295.00 | 3510-000 | | | 46,902.12 |
| 05/21/25 | | Lake County Tax Collector | County R/E Taxes 07/01/24-05/20/25  -19,856.85 | 4700-000 | | | 46,902.12 |
| 05/21/25 | | Donald R. Roth | Homestead Exemption  -15,000.00 | 8100-002 | | | 46,902.12 |
| 05/21/25 | | Chicago Title & Trust Company | Title charges, recording fees, survey and transfer taxes  -6,348.00 | 2500-000 | | | 46,902.12 |
| 05/30/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.86 | 46,879.26 |
| 06/30/25 | | Flagstar Bank, N.A. | Bank and Technology Services Fee | 2600-000 | | 76.18 | 46,803.08 |

|  |  |  |
| --- | ---: | ---: |
| **ACCOUNT TOTALS** | 46,902.12 | 99.04  $46,803.08 |
| Less: Bank Transfers | 0.00 | 0.00 |
| **Subtotal** | 46,902.12 | 99.04 |
| Less: Payment to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$46,902.12** | **$99.04** |

**Form 2**

**Cash Receipts and Disbursements Record**

Exhibit B

Page: 2

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******8556** | 46,902.12 | 99.04 | 46,803.08 |
| | $46,902.12 | $99.04 | $46,803.08 |

# Exhibit C
# Claims Register
### Case: 24-17940-MBS    Donald R Roth

Total Proposed Payment: $46,803.08                                                        Claims Bar Date: 04/24/25

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| | Gina B Krol<br>1064 104th Street<br>Suite 100<br>Naperville, IL 60564<br>2200-00   Trustee Expenses, 200 | Admin Ch. 7<br>04/07/25 | Filing Fee for Motion to Sell Property Free and Clear of Liens | $199.00<br>$199.00 | $0.00<br>$199.00 | $199.00 |
| | Gina B Krol<br>1064 104th Street<br>Suite 100<br>Naperville, IL 60564<br>2100-00   Trustee Compensation, 200 | Admin Ch. 7<br>05/21/25 | | $37,500.00<br>$37,500.00 | $0.00<br>$37,500.00 | $37,500.00 |
| | Richard Patinkin<br>PATINKIN & PATINKIN<br>89 Lincolnwood Rd.<br>Highland Park, IL 60035<br>3210-00   Attorney for Trustee Fees (Other Firm), 200 | Admin Ch. 7<br>07/14/25 | Special Counsel to the Trustee fees | $3,000.00<br>$3,000.00 | $0.00<br>$3,000.00 | $3,000.00 |
| | Richard Patinkin<br>PATINKIN & PATINKIN<br>89 Lincolnwood Rd.<br>Highland Park, IL 60035<br>3220-00   Attorney for Trustee Expenses (Other Firm), 200 | Admin Ch. 7<br>07/14/25 | Special Counsel Expenses | $30.00<br>$30.00 | $0.00<br>$30.00 | $30.00 |
| | Cohen & Krol<br>1064 104th Street<br>Suite 100<br>Naperville, IL 60565<br>3110-00   Attorney for Trustee Fees (Trustee Firm), 200 | Admin Ch. 7<br>07/14/25 | Attorney for the Trustee Fees | $2,983.50<br>$2,983.50 | $0.00<br>$2,983.50 | $2,983.50 |
| | Cohen & Krol<br>1064 104th Street<br>Suite 100<br>Naperville, IL 60565<br>3120-00   Attorney for Trustee Expenses (Trustee Firm), 200 | Admin Ch. 7<br>07/14/25 | Attorney for Trustee Expenses | $387.72<br>$387.72 | $0.00<br>$387.72 | $387.72 |
| | Chicago Title & Trust Company<br>2500-00   Costs Re Sale of Prop. (excl. realtor comm./exp., incl. closing costs, tte adv.), 200 | Admin Ch. 7<br>07/15/25 | Closing costs for sale of 8 Coventry Lane, Lincolnshire, IL | $6,348.00<br>$6,348.00 | $6,348.00<br>$0.00 | $0.00 |
| | Donald R. Roth<br>8100-00   Exemptions, 100 | Admin Ch. 7<br>07/15/25 | Homestead Exemption | $15,000.00<br>$15,000.00 | $15,000.00<br>$0.00 | $0.00 |
| | Gina Krol<br>1064 104th Street<br>Suite 100<br>Naperville, IL 60564<br>2200-00   Trustee Expenses, 200 | Admin Ch. 7<br>07/14/25 | Copies of Notice of Trustee's Final Report to be sent to all creditors | $82.60<br>$82.60 | $0.00<br>$82.60 | $82.60 |
| | Gina Krol<br>1064 104th Street<br>Suite 100<br>Naperville, IL 60564<br>2200-00   Trustee Expenses, 200 | Admin Ch. 7<br>07/14/25 | Postage to mail Notice of Trustee's Final Report to All Creditors | $74.34<br>$74.34 | $0.00<br>$74.34 | $74.34 |

# Exhibit C
# Claims Register

**Case: 24-17940-MBS　　Donald R Roth**

Total Proposed Payment: $46,803.08　　　　　　　　　　　　　　　　　　　　　　Claims Bar Date: 04/24/25

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| | Millennium Properties RE | Admin Ch. 7　07/15/25 | Broker Commission on Sale of RE | $35,295.00　$35,295.00 | $35,295.00　$0.00 | $0.00 |
| | 3510-00　Realtor for Trustee Fees (Real Estate Commissions), 200 | | | | | |
| | Internal Revenue Service　PO Box 7317　Philadelphia, PA 19107 | Priority　07/14/25 | Claim 14-1 | $8,572.75　$8,572.75 | $0.00　$2,545.92 | $8,572.75 |
| | 5800-00　Claims of Governmental Units, 570 | | | | | |
| | Lake County Tax Collector | Secured　07/15/25 | RE Taxes on 8 Coventry Lane, Lincolnshire, IL | $19,856.85　$19,856.85 | $19,856.85　$0.00 | $0.00 |
| | 4700-00　Real Property Tax Liens (pre-petition), 100 | | | | | |
| | Shellpoint Mortgage Servicg | Secured　07/15/25 | Mortgage on 8 Coventry Lane, Lincolnshire, IL | $576,598.03　$576,598.03 | $576,598.03　$0.00 | $0.00 |
| | 4110-00　Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI), 100 | | | | | |
| | Internal Revenue Service　PO Box 7317　Philadelphia, PA 19107 | Unsecured　07/14/25 | Claim 14-1 | $22,061.01　$22,061.01 | $0.00　$0.00 | $22,061.01 |
| | 7100-00　General Unsecured § 726(a)(2), 610 | | | | | |
| 1 | Discover Bank　PO Box 3025　New Albany, OH 43054-3025 | Unsecured　01/27/25 | | $17,256.26　$17,256.26 | $0.00　$0.00 | $17,256.26 |
| | 7100-00　General Unsecured § 726(a)(2), 610 | | | | | |
| 2 | U.S. Bank National Association　Bankruptcy Department　PO Box 108　Saint Louis, MO 63166-0108 | Unsecured　01/30/25 | | $6,935.08　$6,935.08 | $0.00　$0.00 | $6,935.08 |
| | 7100-00　General Unsecured § 726(a)(2), 610 | | | | | |
| 3 | U.S. Bank National Association　Bankruptcy Department　PO Box 108　Saint Louis, MO 63166-0108 | Unsecured　02/12/25 | | $19,722.79　$19,722.79 | $0.00　$0.00 | $19,722.79 |
| | 7100-00　General Unsecured § 726(a)(2), 610 | | | | | |
| 4 | JPMorgan Chase Bank, N.A.　s/b/m/t Chase Bank USA, N.A.　c/o National Bankruptcy Services, LLC　P.O. Box 9013　Addison, Texas 75001 | Unsecured　02/12/25 | | $18,374.46　$18,374.46 | $0.00　$0.00 | $18,374.46 |
| | 7100-00　General Unsecured § 726(a)(2), 610 | | | | | |

# Exhibit C
# Claims Register
## Case: 24-17940-MBS Donald R Roth

Total Proposed Payment: $46,803.08     Claims Bar Date: 04/24/25

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | JPMorgan Chase Bank, N.A. s/b/m/t Chase Bank USA, N.A. c/o National Bankruptcy Services, LLC P.O. Box 9013 Addison, Texas 75001<br><br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured 02/12/25 | | $26,002.33 $26,002.33 | $0.00 $0.00 | $26,002.33 |
| 6 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured 02/25/25 | | $34,953.40 $34,953.40 | $0.00 $0.00 | $34,953.40 |
| 7 | American Express National Bank c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured 02/25/25 | | $31,972.87 $31,972.87 | $0.00 $0.00 | $31,972.87 |
| 8 | Wells Fargo Bank, N.A. PO Box 10438, MAC F8235-02F Des Moines, IA 50306-0438<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured 03/20/25 | | $18,648.93 $18,648.93 | $0.00 $0.00 | $18,648.93 |
| 9 | Citibank N.A. Citibank, N.A. 5800 S Corporate Pl Sioux Falls, SD 57108-5027<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured 04/03/25 | | $9,538.90 $9,538.90 | $0.00 $0.00 | $9,538.90 |
| 10 | Libertyville Bank & Trust Company, N.A. c/o Wintrust Bank, N.A. 9700 W. Higgins Road-Suite 650 Rosemont, Illinois 60018<br><br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured 04/03/25 | | $532,118.31 $532,118.31 | $0.00 $0.00 | $532,118.31 |
| 11 | Alliant Cu 125 E Algonquin Rd Arlington Heights, IL 60005-4617<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured 04/18/25 | | $17,486.93 $17,486.93 | $0.00 $0.00 | $17,486.93 |
| 12 | Atlas Acquisitions LLC (Accelerated Assemblies) on behalf of Accelerated Assemblies 492C Cedar Lane, Ste 442 Teaneck, NJ 07666<br>7100-00 General Unsecured § 726(a)(2), 610 | Unsecured 04/24/25 | | $115,939.97 $115,939.97 | $0.00 $0.00 | $115,939.97 |
| 13 | Illinois Department of Revenue Bankruptcy Section, P.O. Box 19035 Springfield, IL 62794-9035 | Unsecured 05/01/25 | | $2,534.89 $2,534.89 | $0.00 $0.00 | $2,534.89 |

# Exhibit C
# Claims Register

**Case: 24-17940-MBS    Donald R Roth**

Total Proposed Payment: $46,803.08                                                                 Claims Bar Date: 04/24/25

| Claim Number | Claimant Name / Category, Priority | Claim Type / Date Filed | Claim Ref. / Notes | Amount Filed / Allowed | Paid to Date / Proposed | Claim Balance |
|---|---|---|---|---|---|---|
| | 7200-00   Tardy General Unsecured § 726(a)(3), 620 | | | | | |
| | | | **Case Total:** | **$1,579,473.92** | **$653,097.88** | **$926,376.04** |

Printed: 08/28/25
Case 24-17940    Doc 46    Filed 09/08/25    Entered 09/08/25 08:32:15    Desc Main
Document    Page 9 of 12
Page: 4

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 24-17940-MBS
Case Name: Donald R Roth
Trustee Name: Gina B Krol

**Balance on hand:** $ 46,803.08

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Lake County Tax Collector | 19,856.85 | 19,856.85 | 19,856.85 | 0.00 |
| | Shellpoint Mortgage Servicg | 576,598.03 | 576,598.03 | 576,598.03 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 46,803.08

Application for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Gina B Krol | 37,500.00 | 0.00 | 37,500.00 |
| Trustee, Expenses - Gina B Krol | 199.00 | 0.00 | 199.00 |
| Trustee, Expenses - Gina Krol | 156.94 | 0.00 | 156.94 |
| Attorney for Trustee, Fees - Cohen & Krol | 2,983.50 | 0.00 | 2,983.50 |
| Attorney for Trustee, Fees - Richard Patinkin | 3,000.00 | 0.00 | 3,000.00 |
| Attorney for Trustee, Expenses - Cohen & Krol | 387.72 | 0.00 | 387.72 |
| Attorney for Trustee, Expenses - Richard Patinkin | 30.00 | 0.00 | 30.00 |
| Other, Fees - Millennium Properties RE | 35,295.00 | 35,295.00 | 0.00 |
| Other, Expenses - Chicago Title & Trust Company | 6,348.00 | 6,348.00 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 44,257.16
Remaining balance: $ 2,545.92

Application for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| NONE | | | |

Total to be paid for prior chapter administration expenses: $ 0.00
Remaining balance: $ 2,545.92

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $8,572.75 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | Internal Revenue Service | 8,572.75 | 0.00 | 2,545.92 |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 2,545.92 |
| Remaining balance: | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $871,011.24 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.000 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | Internal Revenue Service | 22,061.01 | 0.00 | 0.00 |
| 1 | Discover Bank | 17,256.26 | 0.00 | 0.00 |
| 2 | U.S. Bank National Association | 6,935.08 | 0.00 | 0.00 |
| 3 | U.S. Bank National Association | 19,722.79 | 0.00 | 0.00 |
| 4 | JPMorgan Chase Bank, N.A. | 18,374.46 | 0.00 | 0.00 |
| 5 | JPMorgan Chase Bank, N.A. | 26,002.33 | 0.00 | 0.00 |
| 6 | American Express National Bank | 34,953.40 | 0.00 | 0.00 |
| 7 | American Express National Bank | 31,972.87 | 0.00 | 0.00 |
| 8 | Wells Fargo Bank, N.A. | 18,648.93 | 0.00 | 0.00 |
| 9 | Citibank N.A. | 9,538.90 | 0.00 | 0.00 |
| 10 | Libertyville Bank & Trust Company, N.A. | 532,118.31 | 0.00 | 0.00 |
| 11 | Alliant Cu | 17,486.93 | 0.00 | 0.00 |
| 12 | Atlas Acquisitions LLC (Accelerated Assemblies) | 115,939.97 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $2,534.89 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claims dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 13 | Illinois Department of Revenue | 2,534.89 | 0.00 | 0.00 |

| | |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| **NONE** | | | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR (05/1/2011)**